LMK PSYCHOLOGICAL SERVICES, P.C., et al., Respondents, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant.

Submitted October 27, 2008; decided November 20, 2008

Motion by Government Employees Insurance Company et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

ROBERT MCCORMICK et al., Respondents, v SARAH PICKERT, Appellant.

Submitted September 8, 2008; decided November 20, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see* Karger, Powers of the New York Court of Appeals § 5:3, at 109 [3d ed rev]).

In the Matter of FAITH ANN PEASLEE and Others.

GEORGE M. REIBER, Appellant, v GMAC, LLC, et al., Respondents.

Decided November 20, 2008

Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.